# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 6-22-cv-00192 – PGB -GJK |
| RONALD JACK TRAVIS UTTER, D.C., NO UTTER WAY, INC. (formerly d/b/a Ocoee Chiropractic & Injury Center and now d/b/a Preferred Injury Physicians of Orlando), HALIFAX CHIROPRACTIC & INJURY CLINIC, INC. (now d/b/a Preferred Injury Physicians of Daytona Beach), PREFERRED INJURY PHYSICIANS OF BRANDON INC., PREFERRED INJURY PHYSICIANS OF KISSIMMEE, INC., PREFERRED INJURY PHYSICIANS OF ORANGE CITY INC. (now d/b/a Preferred Injury Physicians of Deltona), PREFERRED INJURY PHYSICIANS OF TOWN & COUNTRY INC. (now d/b/a Preferred Injury Physicians of Tampa), PREFERRED INJURY PHYSICIANS OF WESLEY CHAPEL, INC., and PREFERRED INJURY PHYSICIANS OF EAST ORLANDO, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **STIPULATION REGARDING SELECTION OF MEDIATOR**

Plaintiffs State Farm Mutual Automobile Insurance Company and State

Farm Fire and Casualty Company, pursuant to this Court's April 20, 2022 Order [Doc. 37], file this Stipulation to inform the Court of the parties' selection of a mediator. The mediator jointly stipulated to by the parties is:

**Honorable Jerald Bagley**
**JB Mediation**
**504 Loretto Avenue**
**Coral Gables, FL 33146**
**(786) 238-7562**

Dated: May 4, 2022

Respectfully submitted,

By: */s/ C. Matthew Detzel*
C. MATTHEW DETZEL
Fla. Bar No. 050604
matthew.detzel@hklaw.com
HOLLAND & KNIGHT LLP
200 South Orange Avenue
Suite 2600
Orlando, Florida 32801
Telephone: (407) 244-1138
Facsimile: (407) 244-5288

DAVID I. SPECTOR
Fla. Bar No. 086540
david.spector@hklaw.com
HOLLAND & KNIGHT LLP
777 South Flagler Drive
Suite 1900, West Tower
West Palm Beach, Florida 33401
Telephone: (561) 833-2000
Facsimile: (561) 650-8399

and

MARC B. BAILKIN
PA Bar No. 82588 (admitted *pro hac vice*)
bailkin@bbs-law.com

EDWARD J. BRADLEY
PA Bar No. 73943 (admitted *pro hac vice*)
bradleye@bbs-law.com
BENNETT, BRICKLIN & SALTZBURG LLC
Centre Square, West Tower
1500 Market Street, 32nd Floor
Philadelphia, PA 19102

CHARLES J. LANZALOTTI
PA Bar No. 90449 (admitted *pro hac vice*)
lanzalotti@bbs-law.com
BENNETT, BRICKLIN & SALTZBURG LLC
6000 Sagemore Drive, Suite 6103
Marlton, N.J. 08053

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2022, a true and correct copy of the foregoing was served via CM/ECF on all counsel of record on the below Service List.

/s/ C. Matthew Detzel
C. MATTHEW DETZEL
Fla. Bar No. 050604

## SERVICE LIST

SANFORD R. TOPKIN
Topkin & Partlow, P.L.
1166 W. Newport Center Drive
Suite 309
Deerfield Beach, FL 33442
(954) 422-8422
stopkin@topkinlaw.com

*Attorneys for Defendants*