# EXHIBIT A

IN THE UNITED DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO: 6:22-CV-00192-PGB-GJK

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE
FARM FIRE AND CASUALTY COMPANY,

      Plaintiffs,

v.

RONALD JACK TRAVIS UTTER, D.C., NO UTTER WAY, INC.
(formerly d/b/a Ocoee Chiropractic & Injury Center and now d/b/a
Preferred Injury Physicians of Orlando), HALIFAX CHIROPRACTIC
& INJURY CLINIC, INC. (now d/b/a Preferred Injury Physicians of
Daytona Beach), PREFERRED INJURY PHYSICIANS OF
BRANDON INC., PREFERRED INJURY PHYSICIANS OF
KISSIMMEE, INC., PREFERRED INJURY PHYSICIANS OF
ORANGE CITY INC. (now d/b/a Preferred Injury Physicians of Deltona),
PREFERRED INJURY PHYSICIANS OF TOWN & COUNTRY INC.
(now d/b/a Preferred Injury Physicians of Tampa), PREFERRED INJURY
PHYSICIANS OF WESLEY CHAPEL, INC., and PREFERRED INJURY
PHYSICIANS OF EAST ORLANDO, INC.,

      Defendants.
_____/

## CONSENT TO WITHDRAWAL OF COUNSEL

RONALD JACK TRAVIS UTTER, D.C., on behalf of ALL DEFENDANTS NAMED IN THIS MATTER. hereby consents to the Withdrawal of Counsel, SANFORD R. TOPKIN, ESQ., and the Law Firm of Topkin, Partlow & Stern, P.L.,

Dated this 10th day of MAY, 2022.

By: _____
RONALD JACK TRAVIS UTTER, D.C.