STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY and STATE FARM
FIRE AND CASUALTY
COMPANY,

        **Plaintiffs,**

**v.**                    **Case No: 6:22-cv-192-PGB-GJK**

RONALD JACK TRAVIS UTTER,
D.C.; NO UTTER WAY, INC.;
HALIFAX CHIROPRACTIC &
INJURY CLINIC, INC.;
PREFERRED INJURY
PHYSICIANS OF BRANDON,
INC.; PREFERRED INJURY
PHYSICIANS OF KISSIMMEE,
INC.; PREFERRED INJURY
PHYSICIANS OF ORANGE CITY
INC.; PREFERRED INJURY
PHYSICIANS OF TOWN &
COUNTRY INC.; PREFERRED
INJURY PHYSICIANS OF WESLEY
CHAPEL, INC.; and PREFERRED
INJURY PHYSICIANS OF EAST
ORLANDO, INC.,

        **Defendants.**

_____

## ORDER

    This cause came on for consideration without oral argument on the

following motion:

| | |
|---|---|
| **MOTION:** | **MOTION TO WITHDRAW AS COUNSEL OF RECORD (Doc. No. 42)** |
| **FILED:** | **May 10, 2022** |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

On May 10, 2022, counsel for Defendants filed a motion asking the Court for permission to withdraw from representation (the "Motion"). Doc. No. 158. Defendants are one individual, Ronald Jack Travis Utter, D.C., and numerous corporations. Doc. No. 33 at 7-9.

The Motion does not comply with Local Rule 2.02(c)(1)(B), which provides that a motion for leave to withdraw must include, "if withdrawal will result in a person proceeding pro se, the person's mailing address, email address, and telephone number." Withdrawal may result in Dr. Utter proceeding pro se, but the Motion does not contain this information. Corporations cannot proceed pro se, and will be required to secure substitute counsel, otherwise a default judgment may be entered against them, pursuant to the Rules.[1]

Accordingly, it is **ORDERED** that the Motion (Doc. No. 155) is **DENIED**.

It is so **ORDERED** on May 11, 2022.

*Celeste F Bremer*

_____

**CELESTE F. BREMER[2]**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Local Rule 2.02(b)(2) states, "A party, other than a natural person, can appear through the lawyer only."
[2] Magistrate Judge Celeste F. Bremer substituting for Magistrate Judge Gregory J. Kelly.

Copies furnished to:
Counsel of Record
Unrepresented Parties