IN THE UNITED DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO: 6:22-CV-00192-PGB-GJK

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE
FARM FIRE AND CASUALTY COMPANY,

      Plaintiffs,
v.

RONALD JACK TRAVIS UTTER, D.C., NO UTTER WAY, INC.
(formerly d/b/a Ocoee Chiropractic & Injury Center and now d/b/a
Preferred Injury Physicians of Orlando), HALIFAX CHIROPRACTIC
& INJURY CLINIC, INC. (now d/b/a Preferred Injury Physicians of
Daytona Beach), PREFERRED INJURY PHYSICIANS OF
BRANDON INC., PREFERRED INJURY PHYSICIANS OF
KISSIMMEE, INC., PREFERRED INJURY PHYSICIANS OF
ORANGE CITY INC. (now d/b/a Preferred Injury Physicians of Deltona),
PREFERRED INJURY PHYSICIANS OF TOWN & COUNTRY INC.
(now d/b/a Preferred Injury Physicians of Tampa), PREFERRED INJURY
PHYSICIANS OF WESLEY CHAPEL, INC., and PREFERRED INJURY
PHYSICIANS OF EAST ORLANDO, INC.,

      Defendants.
_____/

## **AMENDED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Defendants, RONALD JACK TRAVIS UTTER, D.C., NO UTTER WAY, INC., D/B/A PREFERRED INJURY PHYSICIANS OF ORLANDO; PREFERRED INJURY PHYSICIANS OF WESLEY CHAPEL, INC., PREFERRED INJURY PHYSICIANS OF TOWN & COUNTRY, INC., PREFERRED INJURY PHYSICIANS OF EAST ORLANDO, INC., PREFERRED INJURY PHYSICIANS OF ORANGE CITY, INC., PREFERRED INJURY PHYSICIANS OF KISSIMMEE, INC., HALIFAX CHIROPRACTIC & INJURY CLINIC, INC, D/B/A PREFERRED INJURY PHYSICIANS OF DAYTONA BEACH (improperly named in the Complaint) and the Defendant, PREFERRED INJURY PHYSICIANS OF BRANDON, INC., by and through the undersigned counsel hereby file its Motion to Withdrawal as Counsel of Record and state as follows:

1. Irreconcilable differences have arisen between the undersigned counsel and Defendants regarding the continued representation in this case. Those differences require the counsel's withdrawal from representation.

2. The relationship of trust and confidence that is essential to a properly functioning attorney-client relationship has broken down, and in the good-faith assessment of counsel, the relationship is irreparable.

3. Withdrawal is appropriate under such circumstances.

4. Pursuant to local rule 2.02, Clients have consented to the withdrawal and advised that they will have other new Counsel to represent them in this matter.

WHEREFORE, based upon the foregoing, counsel for the Defendants respectfully request that this Court enter an Order permitting their withdrawal as attorney of record for the Defendants and removing the undersigned as counsel of record and from the service list in this matter.

## **LOCAL RULES 2.02(c) and 3.01(g) CERTIFICATION**

Pursuant to Local Rule 2.02(c)(i), the undersigned certifies that clients (All Defendants) consent to the requested withdrawal. See signed consent by Dr. Travis Utter, who is the Corp. Representative for All Defendants, attached as Exhibit A.

Pursuant to Local Rule 2.03(c)(1)(B), if withdrawal will result in Ronald Jack Travis Utter, D.C, proceeding pro se, his address and contact information is as follows: 437 N. Clyde Morris Blvd., Daytona Beach, FL 32114; email: Travis.Utter@pipdoc.com; phone: 407-509-1414.

Pursuant to Local Rule 3.01(g), Counsel for Defendants have conferred with opposing counsel and opposing counsel do not oppose the relief sought in this motion.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on 11th day of May, 2022, the foregoing was electronically filed through the court's CMECF filing system.

                **TOPKIN & PARTLOW, P.L.**
                1166 West Newport Center Drive, Suite 309
                Deerfield Beach, Florida 33442
                (954) 422-8422 Telephone
                (954) 422-5455 Facsimile
                stopkin@topkinlaw.com
                epopper@topkinlaw.com

By:    /s/ Sanford R. Topkin_____
        Sanford R. Topkin
        FBN: 948070