**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY and STATE FARM
FIRE AND CASUALTY
COMPANY,

        Plaintiffs,

v.                                Case No:   6:22-cv-192-PGB-GJK

RONALD JACK TRAVIS UTTER,
D.C.; NO UTTER WAY, INC.;
HALIFAX CHIROPRACTIC &
INJURY CLINIC, INC.;
PREFERRED INJURY
PHYSICIANS OF BRANDON,
INC.; PREFERRED INJURY
PHYSICIANS OF KISSIMMEE,
INC.; PREFERRED INJURY
PHYSICIANS OF ORANGE CITY
INC.; PREFERRED INJURY
PHYSICIANS OF TOWN &
COUNTRY INC.; PREFERRED
INJURY PHYSICIANS OF WESLEY
CHAPEL, INC.; and PREFERRED
INJURY PHYSICIANS OF EAST
ORLANDO, INC.,

        Defendants.

**ORDER**

This cause came on for consideration without oral argument on the following motion:

> **MOTION: AMENDED MOTION TO WITHDRAW AS COUNSEL OF RECORD (Doc. No. 44)**
>
> **FILED:** May 11, 2022
>
> ___
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED IN PART AND DENIED IN PART**.

On May 11, 2022, counsel for Defendants, Sanford R. Topkin, Esq., filed an amended motion asking the Court for permission to withdraw (the "Motion"). Doc. No. 44. Defendants consent to the withdrawal. Doc. No. 44-1 at 2.

Counsel is permitted to withdraw from representing Dr. Ronald Jack Travis Utter, D.C., who will be appearing pro se until he obtains counsel, if he chooses to do so. The other Defendants are corporations. Doc. No. 33 at 7-9. Local Rule 2.02(b)(2) prohibits corporations from proceeding in this Court without counsel.[1] Unless Dr. Utter is licensed to practice law and admitted to the bar of this Court, he may not act as an attorney for the other Defendants.

Accordingly, it is **ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1) The Clerk is directed to remove Sanford R. Topkin, Esq., of Topkin & Partlow, P.A, as counsel of record for Dr. Utter.

___

[1] Local Rule 2.02(b)(2) states, "A party, other than a natural person, can appear through the lawyer only."

2) Dr. Utter may retain substitute counsel to represent him. Until such time as substitute counsel files a notice of appearance, however, he shall proceed pro se.

3) As a pro se litigant, Dr. Utter is subject to the same law and rules of court as litigants who are represented by counsel, including the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989).[2]

4) Dr. Utter shall keep the Court and opposing counsel apprised of his current residential mailing address. His mailing address is listed in the Motion as 437 N. Clyde Morris Blvd., Daytona Beach, FL 32114. If his address changes, then he shall immediately provide the Clerk, the Court, and opposing counsel with a new residential mailing address where he may be served with process, pleadings, motions, responses, or other papers in this case.

5) **On or before May 26, 2022, the Defendants other that Dr. Utter must:**

   a. **Retain substitute counsel; and**

---

[2] All filings with the Court must be made in accordance with the Federal Rules of Civil Procedure and the Local Rules. The Local Rules are available for review on the public website for the Middle District Court of Florida at www.flmd.uscourts.gov and a copy may be obtained by visiting the Clerk's office. The Federal Rules of Civil Procedure are available at https://www.law.cornell.edu/rules/frcp and the Federal Rules of Evidence are available at https://www.law.cornell.edu/rules/fre.

      b. **Have substitute counsel file a notice of appearance**;

6) **By May 27, 2022**, or after substitute counsel makes an appearance in this case, whichever comes first, Defendants' counsel may renew the Motion as to the other Defendants, after complying with Local Rule 3.01(g);

7) **If the other Defendants fail to retain substitute counsel and have substitute counsel file a notice of appearance in the time provided herein, the Court may, without further warning, direct the Clerk to enter defaults against them**;

8) **Counsel is directed to immediately provide Defendants with a copy of this order. On or before May 26, 2022, Defendants' counsel must file a notice with the Court certifying that he provided the copies to Defendants and the method of delivery. The notice shall contain the Defendants' mailing addresses;** and

9) In all other respects, the Motion is **DENIED**.

It is so **ORDERED** on May 12, 2022.

                                       */s/ Celeste F. Bremer*
                                       **CELESTE F. BREMER**[3]
                                       **UNITED STATES MAGISTRATE JUDGE**

---

[3] Magistrate Judge Celeste F. Bremer substituting for Magistrate Judge Gregory J. Kelly.

Copies furnished to:
Counsel of Record
Unrepresented Parties