# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND STATE FARM FIRE AND CASUALTY COMPANY <br><br> vs. <br><br> RONALD JACK TRAVIS UTTER, D.C., et al. | : <br> : <br> : <br> : NO. 6:22-CV-00192-PGB-DAB <br> : <br> : <br> : <br> : <br> : |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, and Defendants, Ronald Jack Travis Utter, D.C., No Utter Way, Inc. (formerly d/b/a Ocoee Chiropractic & Injury Center and now d/b/a Preferred Injury Physicians of Orlando), Halifax Chiropractic & Injury Center, Inc., Preferred Injury Physicians of Brandon, Inc., Preferred Injury Physicians of Kissimmee, Inc., Preferred Injury Physicians of Orange City (now d/b/a Preferred Injury Physicians of Deltona), Preferred Injury Physicians of Town & Country, Inc. (now d/b/a Preferred Injury Physicians of Tampa), Preferred Injury Physicians of Wesley Chapel, Inc., and Preferred Injury Physicians of East Orlando, Inc. (together, the "Parties"), by and through counsel, and pursuant to Local Rule 3.09, hereby state as follows:

The parties file this joint notice pursuant to Local Rule 3.09 to inform the Court they have reached a settlement and are in the process of finalizing language in the written agreement and the scope of the agreed upon terms of settlement.

Respectfully submitted this 24th day of February, 2023.

| BENNETT, BRICKLIN & SALTZBURG LLC | ROSENBERG LAW, P.A. |
|---|---|
| BY: /s *David I. Spector*<br>Marc B. Bailkin, Esquire<br>Edward J. Bradley, Esquire<br>Centre Square, West Tower<br>1500 Market Street, 32nd Floor<br>Philadelphia, PA 19102<br>(215) 665-3403/(215) 665-3343<br>(215) 561-6661 (facsimile)<br>bailkin@bbs-law.com<br>bradleye@bbs-law.com<br><br>David Spector, Esquire<br>Matthew Detzel, Esquire<br>Holland & Knight LLP<br>777 South Flager Drive<br>Suite 1900, West Tower<br>West Palm Beach, FL 33401<br>(561) 650-8304/(407) 244-1138<br>(561) 650-8399 (facsimile)<br>david.spector@hklaw.com/<br>matthew.detzel@hklaw.com<br><br>Attorney for Plaintiffs, State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company | BY: /s *Bruce Rosenberg*<br>Bruce Rosenberg, Esquire<br>499 NW 70th Avenue, Suite 212<br>Plantation, FL 33317<br>(954) 790-6100<br>rosenberg@rosenberglawpa.com<br><br>Attorneys for Defendants, Ronald Jack Travis Utter, D.C., No Utter Way, Inc., Halifax Chiropractic & Injury Center, Inc., Preferred Injury Physicians of Brandon, Inc., Preferred Injury Physicians of Kissimmee, Inc., Preferred Injury Physicians of Orange City, Inc., Preferred Injury Physicians of Town & Country, Inc., Preferred Injury Physicians of Wesley Chapel, Inc. and Preferred Injury Physicians of East Orlando, Inc. |

## **CERTIFICATE OF SERVICE**

I, Matthew Detzel, Esquire, hereby verify that a true and correct copy of the foregoing Joint Notice of Settlement has been served this date upon all interested counsel and/or parties by way of email, addressed as follows:

> Bruce Rosenberg, Esquire
> Rosenberg Law, P.A.
> 499 NW 70th Avenue, Suite 212
> Plantation, FL 33317
> rosenberg@rosenberglawpa.com

HOLLAND & KNIGHT LLP

BY: /s/ *Matthew Detzel*
Matthew Detzel, Esquire
Attorney for Plaintiffs, State Farm Mutual
Automobile Insurance Company and State
Farm Fire and Casualty Company

Date: February 24, 2023